CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 07 2017

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TRAVIS DALE COULSON, | ) | Civil Action No. 7:17-cv-00264 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| J. B. GARDNER, et al., | ) | By:  Hon. Jackson L. Kiser |
|     Defendants. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 7th day of November, 2017.

                                            Senior United States District Judge